UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN MARQUISS,<br><br>　　　　　Defendant. | NO. CR-05-0145-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

　　BEFORE THE COURT, without oral argument, are Defendant Jonathan Marquiss' Motion to Modify Conditions of Supervised Release (Ct. Rec. 19) and Motion to Expedite (Ct. Rec. 20) hearing thereon. Because of Defendant's mother's health condition, Defendant seeks permission to modify the supervised release condition requiring him to reside in a community correction center for up to 180 days. Defense counsel Christina Hunt advises that she discussed the requested relief with the assigned United States Probation Officer and Assistant United States Attorney and that they did not indicate any objection to the requested relief. Accordingly, **IT IS HEREBY ORDERED:**

　　1. Defendant's Motion to Modify Conditions of Supervised Release **(Ct. Rec. 19)** and Motion to Expedite **(Ct. Rec. 20)** are **GRANTED**.

ORDER ~ 1

2. In lieu of Special Condition of Supervised Release No. 14, Defendant may reside with his mother at her Spokane Valley, Washington, apartment **subject to the submission of a release plan to the Probation Officer and approval thereof**.

3. Upon approval of the release plan, Defendant shall be released from the Geiger residential re-entry center to reside with his mother.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel and the U.S. Probation Office.

**DATED** this ___18th___ day of June 2008.

s/Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Criminal\2005\0145.modify.condition.wpd

ORDER ~ 2