PROB 12C
(7/93)

Report Date: October 9, 2009

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

### for the

OCT 1  2009

### Eastern District of Washington

**JAMES R. LARSEN, CLERK**
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jonathon Marquiss          Case Number: 2:05CR00145-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence:  12/01/2005

Original Offense:     Embezzlement From a Credit Union, 18 U.S.C. § 657

Original Sentence:    Prison - 9 Months; TSR - 36      Type of Supervision:  Supervised Release
                      Months

Asst. U.S. Attorney:  Pamela J. Byerly          Date Supervision Commenced: 0 3/28/2008

Defense Attorney:     Christina Hunt            Date Supervision Expires: 03/27/2011

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence:** On October 8, 2009, Jonathon Marquiss was arrested for two counts of unlawful possession of a firearm. The police report alleges that the defendant's license plate was left at the scene of a burglary of Kelly's Custom Car Audio. The police report indicates that more than $30,000 worth of merchandise was stolen. When officers contacted Mr. Marquiss at his residence, they located some of the stolen stereo equipment. Mr. Marquiss indicated that the rest of the stolen equipment was at the Maple Tree Hotel in Christopher Cannata's room. Upon a search of the defendant's residence, police officers located two guns in the residence and one gun in the defendant's vehicle. Also found in the residence was a black pouch containing three individual clear baggies with an unknown white and/or clear crystal like substance. During the search of the residence, officers also located a ring of keys that appeared to be skeleton keys for vehicles, similar to a shaved key, and a footlocker filled with vehicle equipment, including scanners, walkie talkies, and cell phone chargers.

| 2 | **Mandatory Condition # 4**: The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. |

Prob12C
**Re: Marquiss, Jonathon**
**October 9, 2009**
**Page 2**

**Supporting Evidence**: According to the arrest report, arresting officers located a 22 caliber loaded revolver and another gun in the defendant's bedroom at his residence. A loaded Kel Tec 9mm handgun was also located under the driver's seat of the defendant's vehicle.

3    **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence:** The defendant admitted to officers that he was with Christopher Cannata when they committed the burglary of Kelly's Custom Car Audio.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 9, 2009
_____

s/Anne Sauther
_____

Anne Sauther
U.S. Probation Officer

---

**THE COURT ORDERS**

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_Edward F. Shea_
_____
Signature of Judicial Officer

10/13/09
_____
Date